**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Laverne Smith,                                    Civil No. 08-2927 (RHK/JSM)

      Plaintiff,                          **DISQUALIFICATION AND**
                                                  **ORDER FOR REASSIGNMENT**
vs.

Wyeth and its divisions, Wyeth Pharmaceuticals,
Inc., Pharmacia & Upjohn Company LLC, f/k/a
Pharmacia & Upjohn Company, Pfizer, Inc.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 25, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge